## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**TAZIR KHAN,**

    **Plaintiff,**

**v.**                                                                   **Case No: 5:13-cv-454-Oc-22PRL**

**LOWES HOME CENTERS, INC.**

    **Defendant.**

___

## ORDER

This case is before the Court for consideration of Lowe's Home Centers. Inc.'s Unopposed Motion to Substitute Party. (Doc. 21).

Defendant states that Lowe's Home Centers, Inc. was converted into Lowe's Home Centers, LLC under the laws of the state of North Carolina. Defendant states that Lowe's Home Centers, LLC is the real party in interest in this suit, and should be substituted for the Defendant pursuant to Federal Rule of Civil Procedure 25. Plaintiff does not oppose the substitution.

Accordingly, upon due consideration, Defendant's Motion to Substitute Defendant (Doc. 21) is GRANTED, and Lowe's Home Centers, LLC shall be substituted for Lowe's Home Centers, Inc. The Clerk is directed to take all steps necessary to effectuate the substitution.

**DONE** and **ORDERED** in Ocala, Florida on December 30, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties